UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ALFRED R. FINSTER, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) No.: 3:21-CV-133-TRM-DCP ) ) |
| ANDERSON COUNTY, SOUTHERN HEALTH PARTNERS, DEPUTY PERRY, DEPUTY BRISK, NURSE HOFFNER, and NURSE LAWSON, | ) ) ) ) ) ) |
|     Defendants. | ) |

# JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed contemporaneously with this order, Plaintiff's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

    **SO ORDERED**.

                                                    **/s/** *Travis R. McDonough*
                                                  **TRAVIS R. MCDONOUGH**
                                                  **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT:
    *LeAnna R. Wilson*
    Clerk of Court